544

## MICHIGAN MILLERS MUT. FIRE INS. CO. v. GRANGE OIL CO. OF LINN AND BENTON COUNTIES.

No. 12114.

United States Court of Appeals
Ninth Circuit.

June 23, 1949.

See also 175 F.2d 540.

Griffith, Peck, Phillips & Coughlin, James K. Buell, Portland, Or. (Heineke & Conklin, Chicago, Ill., of counsel), for appellant.

Weatherford & Thompson, Mark V. Weatherford, Albany, Or., and Hart, Spencer, McCulloch, Rockwood & Davies, Hugh L. Biggs, William W. Wyse, Portland, Or., for appellee.

Before STEPHENS, ORR and POPE, Circuit Judges.

PER CURIAM.

Appellee has moved this court for an allowance of attorneys' fees pursuant to 5 Ore. Code, Supp. 1935, § 46-134. This court has construed that statute as authorizing an allowance of an attorney's fee by us. Horwitz v. New York Life Insurance Co., 9 Cir., 80 F.2d 295.

Two conditions are specified in the statute which must occur before attorneys' fees may be allowed by an appellate court:

1. Allowance of attorneys' fees by the trial court; and

2. Affirmance of the judgment by the appellate court. American Surety Co. of New York v. Fischer Warehouse Co. et al., 9 Cir., 88 F.2d 536. The trial court allowed an attorneys' fee. We have this day filed an opinion 9 Cir., 175 F.2d 540, affirming the judgment of the trial court. A fee of $750 is reasonable and we allow that amount.